UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARK SCHLEIPFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV109 CDP |
| ) | |
| MITEK CORP. d/b/a MTX CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to amend the complaint to allege a class action. Defendants have not objected, and the time for doing so has expired. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [#16] is granted, and plaintiff's complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the **parties shall file a joint proposed scheduling plan for class certification, including class discovery if appropriate, by no later than March 2, 2007.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2007.