UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARK SCHLEIPFER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MITEK CORP. d/b/a MTX CORP., ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 1:06CV109 CDP |

**MEMORANDUM AND AMENDED CASE MANAGEMENT ORDER**

Following a hearing, and for the reasons stated on the record during the hearing,

**IT IS HEREBY ORDERED** that plaintiff's motion to enforce prior order [#40] is granted, and the case management order entered by the Court on October 2, 2007, is **amended only as follows:**

1) Defendants must produce to plaintiff a list of all potential class members, including their last known mailing address and telephone numbers (if known) by **November 1, 2007;**

2) Plaintiff shall send the approved notice to all potential opt-in plaintiffs by **November 9, 2007** and file a certificate of service confirming the same;

3) All motions for joinder of additional parties or amendment of pleadings, including the filing of consents from opt-in plaintiffs, shall be filed by plaintiff no later than **November 30, 2007;** and

4) This action is set for a **JURY trial on July 28, 2008, at 9:00 a.m. This is a two week docket.**

**The remaining provisions of the amended case management order are in full force and effect. Failure to comply with any part of this order may result in the imposition of sanctions.**

**IT IS FURTHER ORDERED** that the **defendants are required to post a copy of the Revised Notice in each of its facilities throughout the Notice Period and file Certificates of Posting with the Court showing the dates and locations of the postings.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2007.