UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARK SCHLEIPFER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MITEK CORP. d/b/a MTX CORP., )<br>et al., )<br>)<br>Defendants. ) | Case No. 1:06CV109 CDP |

**MEMORANDUM AND AMENDED CASE MANAGEMENT ORDER**

Following a hearing, and for the reasons stated on the record during the hearing,

**IT IS HEREBY ORDERED** that plaintiff's motion for corrective notice and appropriate sanctions [#57] is granted, and the case management order entered by the Court on October 19, 2007, is **amended only as follows:**

1) The Corrective Notice shall be sent out by plaintiff's counsel and posted by defendants as directed by the Court during today's hearing;

2) The opt-in notice period expires on **January 10, 2008**, and the consents from opt-in plaintiffs shall be filed by **January 10, 2008** ; and

3) All motions for joinder of additional parties or amendment of pleadings must be filed no later than **January 14, 2008.**

**The remaining provisions of the amended case management order are in full force and effect. Failure to comply with any part of this order may**

**result in the imposition of sanctions.**

**IT IS FURTHER ORDERED** that plaintiff shall file his motion for an award of attorney's fees within twenty (20) days of the date of this Order as directed by the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file a second amended complaint [#66] is denied without prejudice as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2007.