UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| MARK SCHLEIPFER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:06CV109 CDP |
| MITEK CORP. d/b/a MTX CORP., et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

During the notice period, fifteen opt-in plaintiffs indicated their intention to join this conditionally certified collective action. Four of the opt-in plaintiffs have now stipulated to dismissal. Accordingly,

**IT IS HEREBY ORDERED** that the stipulations of dismissal [#80-83] are granted, and opt-in plaintiffs George Cromwell, Sandra Reilly, Michael Sumas, and Raymond Lee Warriner, III are dismissed from this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following opt-in plaintiffs as plaintiffs on the docket sheet: Gary Keith Carter, Matthew A. Twinam, Anthony DiGiovine, Chad Marra, Trevor Dobrygowski, Stephen J. Costa, Max McCurry, Derek Lopez, Brandon Scheider, Thomas E. Nawrocki, and Melvin Patterson.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2008.